ELIZABETH C. PELTIER, Respondent, v. SHEA CAB COMPANY, LAVERNE C. ENGLAND, Appellants, and WARD KEATING, Defendant.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries sustained in an automobile collision.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARKEL CLEANING & DYEING WORKS, INCORPORATED, Respondent, v. ISADORE RUTKIN, SAMUEL C. MARKEL, Defendants, and HARRY ORDAN and WILLIAM KLEINBERG, Appellants.— Order reversed on the law and facts and verdict reinstated, with costs. Memorandum: Being confined to the record before us in the review of this case, we disregard an apparently inconsistent verdict in another case [not reported] to which the opinion of the trial judge refers. The charge in the case at bar narrowed the issues to a single question of fact upon which clear instructions to the jury were given. There is nothing of record which indicates either a disregard of those instructions or "irregularity, bias, unfairness or inadequate consideration of the testimony" by the members of the jury in reaching their verdict. (Fitzgerald v. N. Y. C. R. R. Co., 215 App. Div. 1, 2.) While we are reluctant to interfere with the exercise of discretion by the trial court, we are of the opinion that there was evidence upon which the jury could have found for the defendants upon the single issue of fact which was submitted for determination. All concur, except Crosby, J., who dissents and votes for affirmance. (The order sets aside the verdict of the jury in an action on a promissory note.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRED A. KERN, Respondent, v. WALTER G. YAKY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries sustained in an automobile collision. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

HARVEY D. BLAKESLEE, JR., Respondent, v. ELBERT S. BENNETT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The amended order declares the bill of particulars furnished to be sufficient compliance with demand therefor, in an action to recover for services.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

DAVE ABRAMS, INCORPORATED, and Others, Respondents, v. THE CITY OF BUFFALO, and Others, Appellants.— Judgment and order affirmed, with costs, on the authority of Cowan v. City of Buffalo (247 App. Div. 591) and People v. Kuc (272 N. Y. 72). All concur. (The judgment grants plaintiff judgment on the pleadings and enjoins defendant from enforcing a city ordinance* and from interfering with shoe business owned by plaintiffs.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

SATTLER'S, INCORPORATED, Respondent, v. CITY OF BUFFALO, NEW YORK, and JAMES W. HIGGINS, as Commissioner of Police of the City of Buffalo, New York, Appellants.— Judgment and order affirmed, with costs, on the authority of Cowan v. City of Buffalo (247 App. Div. 591) and People v. Kuc (272 N. Y. 72). All concur. (The order directs entry of the judgment for plaintiff on the pleadings restraining defendants from interfering with shoe business owned by plaintiff and adjudges an ordinance* unconstitutional. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

* See Buffalo City Ordinances, chap. 25, § 159-f, adopted Sept. 3, 1935.— [REP.